1030

[No. 1693-2. Division Two. January 21, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. EMERY BERG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1365, Robert J. Bryan, J., entered November 25, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1587-43423-3. Division Three. January 23, 1976.]

DAVID J. MASON, JR., *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 22457, B. E. Kohls, J., entered August 14, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1311-3. Division Three. January 23, 1976.]

CASSANDRA D. TURNER, *Respondent*, v. TIMOTHY A. TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 210882, Willard J. Roe, J., entered October 9, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1469-3; 1470-3. Division Three. January 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON PETER ROYBAL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BENNY ROSCOE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23022, Del Cary Smith, Jr., J., entered March 12, 1975. *Affirmed* and *dismissed* by unpublished per curiam opinion.